# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 99-1838

|  |  |  |
|---|---|---|
| KURT SCHMIDT, | ) | |
| | ) | Appeal from the United States |
| Appellant, | ) | District Court for the District |
| | ) | of South Dakota |
| v. | ) | |
| | ) | [Unpublished] |
| KENNETH S. APFEL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Appellee. | ) | |

Submitted:  December 16, 1999

Filed :  March 22, 2000

Before MURPHY and MAGILL, Circuit Judges, and SMITH,[1] District Judge.

SMITH, District Judge.

PER CURIAM.

Kurt Schmidt appeals the district court's[2] adverse ruling affirming the Commissioner's decision to deny Schmidt's claim that he was disabled due to his depression.  After careful review of the parties' briefs and the administrative record, we agree with the district court's

---

[1]The Honorable Ortrie D. Smith, United States District Court Judge for the Western District of Missouri sitting by designation.

[2]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

determination. Because an extended opinion would lack precedential value, we affirm for the reasons stated by the district court without further discussion. <u>See</u> 8th Cir. R. 47B.

A true Copy.

Attest.

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT